JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KIM SIFLINGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KEURIG DR PEPPER INC., and MOTT'S LLP, d/b/a ReaLemon and ReaLime<br><br>Defendant. | Case No.: 2:20-cv-07783-FMO-PVC<br><br>**ORDER ON STIPULATION [21] GRANTING DISMISSAL WITH PREJUDICE** |

The Court, having duly considered the Request for Dismissal submitted by the parties, through their counsel, hereby orders that this case be dismissed.

IT IS SO ORDERED.

Dated:  October 19, 2020                                        /s/  Fernando M. Olguin
                                                                                    _____
                                                                                    U.S. District Judge

1                                   Case No.: 2:20-cv-07783

ORDER GRANTING DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(A)